**FILED**

DEC - 9 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
·Y _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OR TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| | § | |
| V. | § | CRIMINAL NO. SA:04-CR-606-XR |
| | § | |
| | § | |
| (01) Israel Soto | § | |
| (02) Jimmy Zavala | § | |
| (03) Estella Soto | § | |
| (04) Paula Soto | | |

## GENERAL ORDER CONCERNING AUTHENTICATION OF EXHIBITS

In order to more efficiently and expeditiously conduct a trial if one is necessary, counsel are encouraged to exchange documentary exhibits within a reasonable period of time prior to the docket call and trial setting. Once counsel has provided opposing counsel with proposed documentary exhibits, authentication of the exhibit will be presumed unless opposing counsel notifies the offering party in writing within five (5) days after the exhibit is listed and made available. To the extent that counsel wish to raise objections concerning the admissibility of exhibits, such objections must be made at least three (3) business days before trial by notifying the Court in writing of the evidentiary disputes with copies of the disputed exhibit and authority attached to the written objection.

Signed this 9th day of December, 2004.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE