# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

FILED

MAY 1 8 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:04-CR-00606(1)-FB |
| | § | |
| (1) ISRAEL SOTO | § | |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for SENTENCING in Courtroom 2, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Durango Boulevard, San Antonio, TX, on Friday, June 23, 2006 at 08:30 AM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 18th day of May, 2006.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

Joey Contreras for USA
Bernard Campion for Israel Soto